IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-280 |
| ERNESTO PINERO<br>a/k/a Ernesto Torres | : | |

## ORDER

AND NOW, this 13th day of January, 2020, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 06-280, as it relates to the above-captioned defendant, is DISMISSED WITHOUT PREJUDICE. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
Chief Judge, United States District Court